| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040   FAX No: 408 286-6619 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U.S. District Court, Northern District of California | | |
| Plaintiff: Hsin Te Chou, et al | | |
| Defendant: Andrew Teng, et al | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800191RMW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines Information Packet; Welcome Information Packet

3. a. Party served:          Dragonwell Pan Asian Bistro, by serving Andrew Teng
   b. Person served:         Andrew Teng

4. Address where the party was served:   999 Poplar Court
                                          Sunnyvale, CA 94089

5. I served the party:
   b. by substituted service. On: Mon., Feb. 04, 2008 at: 2:14PM I left the documents listed in item 2 with or in the presence of:
      "John Doe" (refused name), employee, Asian, Male, 75 Years Old, Grey Hair, Brown Eyes, 5 Feet 3 Inches
   (2) (Home)a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Victor W. Rzepka                                          d. The Fee for Service was:   $22.50
   b. Bender's Legal Service                                    e. I am: (3) registered California process server
      LRS Investigations, PI 16723                                 (i)   Independent Contractor
      1625 The Alameda, Ste. 511                                   (ii)  Registration No.:   1175
      San Jose, CA 95126                                           (iii) County:             Santa Clara
   c. 408 286-4182, FAX 408 298-4484

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Feb. 06, 2008

                                                                        (Victor W. Rzepka)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS                                    wangad.159077

| Attorney or Party without Attorney: Law Offices Of: Adam Wang, 12 South First St., Ste. 613, San Jose, CA 95113 | For Court Use Only |
|---|---|
| Telephone No: 408 292-1040    FAX No: 408 286-6619 | Ref. No or File No.: |

Insert name of Court, and Judicial District and Branch Court:
U.S. District Court, Northern District of California

Plaintiff: Hsin Te Chou, et al
Defendant: Andrew Teng, et al

| DECLARATION OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C0800191RMW |
|---|---|---|---|---|

1. I, Victor W. Rzepka, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Dragonwell Pan Asian Bistro, by serving Andrew Teng as follows:

2. Documents: Summons in a Civil Case. Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines Information Packet; Welcome Information Packet.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 01/29/08 | 3:33pm | Home | The address given is a residence address. No response. Attempt made by: Michael Kandefer. Attempt at: 999 Poplar Court Sunnyvale CA 94089. |
| Sat | 02/02/08 | 9:02am | Home | No response. Attempt made by: Kenneth T. Smith. Attempt at: 999 Poplar Court Sunnyvale CA 94089. |
| Mon | 02/04/08 | 2:13pm | Home | No officer or agent was in to accept service. Attempt made by: Victor W. Rzepka. Attempt at: 999 Poplar Court Sunnyvale CA 94089. |
| Mon | 02/04/08 | 2:14pm | Home | Substituted Service on: Dragonwell Pan Asian Bistro, by serving Andrew Teng Home - 999 Poplar Court Sunnyvale, CA. 94089 by Serving: Andrew Teng a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: "John Doe" (refused name), employee, Asian, Male, 75 Years Old, Grey Hair, Brown Eyes, 5 Feet 3 Inches. Served by: Victor W. Rzepka |
| Wed | 02/06/08 | | | Mailed copy of Documents to: Dragonwell Pan Asian Bistro, by serving Andrew Teng |

3. Person Executing
   a. Victor W. Rzepka
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $22.50
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 1175
   (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040   FAX No: 408 286-6619 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| U.S. District Court, Northern District of California | |
| Plaintiff: Hsin Te Chou, et al | |
| Defendant: Andrew Teng, et al | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800191RMW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case. Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines Information Packet; Welcome Information Packet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:           Wed., Feb. 06, 2008
   b. Place of Mailing:          San Jose, CA 95126
   c. Addressed as follows:      Dragonwell Pan Asian Bistro, by serving Andrew Teng
                                 999 Poplar Court
                                 Sunnyvale, CA 94089

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 06, 2008 in the ordinary course of business.

5. Person Serving:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kenneth T. Smith                                d. The Fee for Service was:   $22.50
   b. Bender's Legal Service                          e. I am: (3) registered California process server
      LRS Investigations, PI 16723                       (i)   Owner
      1625 The Alameda, Ste. 511                         (ii)  Registration No.:    542
      San Jose, CA 95126                                 (iii) County:              Santa Clara
   c. 408 286-4182, FAX 408 298-4484                     (iv)  Expiration Date:     Fri, Oct. 02, 2009

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Feb. 06, 2008

   Judicial Council Form                    PROOF OF SERVICE                      (Kenneth T. Smith)
   Rule 2.150.(a)&(b) Rev January 1, 2007          By Mail                                           wangad.159027