

1  **PAHL & McCAY**
   A Professional Corporation
2  **Karen K. McCay, Esq.** (State Bar No. 187664)
   **Servando R. Sandoval, Esq.** (State Bar No. 205339)
3  225 West Santa Clara Street
   Suite 1500
4  San Jose, California 95113-1752
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Defendant
   ANDREW TENG

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 HSIN TE CHOU, and YEN SHIUNG          )   Case No. C08 00191 RMW (HRL)
   HUANG, on behalf of themselves and    )
11 other similarly situated,             )   **ANSWER OF DEFENDANT**
                                         )   **ANDREW TENG TO PLAINTIFFS'**
12             Plaintiffs,               )   **COMPLAINT FOR DAMAGES**
                                         )
13 v.                                    )
                                         )
14 ANDREW TENG dba DRAGONWELL            )
   PAN ASIAN BISTRO and DOES 1-10,       )
15                                       )
               Defendants.               )
16 _____   )

17        Defendant ANDREW TENG (erroneously sued herein as ANDREW TENG dba

18 DRAGONWELL PAN ASIAN BISTRO) ("Defendant" or "TENG") hereby answers the

19 Complaint of Plaintiffs HSIN TE CHOU ("CHOU") and YEN SHIUNG HUANG ("HUANG")

20 (CHOU and HUANG will hereinafter be referred to collectively as "Plaintiffs") for Damages

21 as follows:

22        1.    Defendant denies each and every, generally and specifically, all and singularly,

23 the allegations contained in paragraphs 2, 6, 9, 10, 11, 12, 13, 16, 18, 21, 22, 23, 24, 25, 26,

24 27, 29, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 47, 48, 49, 50, 51, 52, 56, 57, 58, 59 and

25 60 of Plaintiffs' Complaint.

26        2.    Defendant admits the allegations contained in paragraphs 17, 30, 46, 54 and 55

27 of Plaintiffs' Complaint.

28        3.    This answering Defendant lacks sufficient information, knowledge or belief as

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3512-001          ------------------          1          ------------------
00118693.WPD      **ANSWER OF DEFENDANT ANDREW TENG TO . . .**    (Case No. C08-00191 RMW (HRL))

1  to the allegations contained in paragraph 19 of Plaintiffs' Complaint, and o that basis, denies

2  each and every, generally and specifically, all and singularly, the allegations contained therein.

3        4.      Paragraphs 20, 28, 36, 41, 45 and 53 of Plaintiffs' Complaint are not charging,

4  but to the extent necessary, Defendant denies each and every, generally and specifically, all

5  and singularly, the allegations contained therein.

6        5.      Answering paragraph 1 of Plaintiffs' Complaint, Defendant admits that

7  Plaintiffs seek to represent such classes, but deny that Plaintiffs or any purported class

8  members have any valid claims, and further denies that this action is appropriate for class

9  action status under Fed. R. Civ. P. 23.  Defendant further denies each and every remaining

10  material allegation contained within paragraph 1 of Plaintiffs' Complaint.

11        6.      Answering paragraph 3 of Plaintiffs' Complaint, Defendant admits that

12  Plaintiff HSIN TE CHOU is an individual.  Defendant denies each and every remaining

13  material allegation contained within paragraph 3 of Plaintiffs' Complaint.

14        7.      Answering paragraph 4 of Plaintiffs' Complaint, Defendant admits that

15  Plaintiff YEN SHIUNG HUANG is an individual.  Defendant denies each and every

16  remaining material allegation contained within paragraph 4 of Plaintiffs' Complaint.

17        8.      Answering paragraph 5 of Plaintiffs' Complaint, Defendant admits that he is an

18  individual.  Defendant denies each and every remaining material allegation contained within

19  paragraph 5 of Plaintiffs' Complaint.

20        9.      Answering paragraph 7 of Plaintiffs' Complaint, Defendant admits that

21  Plaintiffs seek to represent such classes, but deny that Plaintiffs or any purported class

22  members have any valid claims, and further denies that this action is appropriate for class

23  action status under Fed. R. Civ. P. 23.  Defendant further denies each and every remaining

24  material allegation contained within paragraph 7 of Plaintiffs' Complaint.

25        10.     Answering paragraph 8 of Plaintiffs' Complaint, Defendant Plaintiffs seek to

26  represent such classes, but deny that Plaintiffs or any purported class members have any valid

27  claims, and further denies that this action is appropriate for class action status under Fed. R.

28  Civ. P. 23.  Defendant further denies each and every remaining material allegation contained

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3512-001
00118693.WPD

**ANSWER OF DEFENDANT ANDREW TENG TO . . .**          (Case No. C08-00191 RMW (HRL))

1   within paragraph 8 of Plaintiffs' Complaint.

2       11.     Answering paragraph 14 of Plaintiffs' Complaint, Defendant admits that

3   Plaintiffs are former employees of Dragonwell, Inc., dba Dragonwell Pan Asian Bistro.

4   Defendant denies each and every remaining material allegation contained within paragraph 14

5   of Plaintiffs' Complaint.

6       12.     Answering paragraph 15 of Plaintiffs' Complaint, Defendant admits that

7   Plaintiffs are former employees of Dragonwell, Inc., dba Dragonwell Pan Asian Bistro.

8   Defendant denies each and every remaining material allegation contained within paragraph 15

9   of Plaintiffs' Complaint.

10                          **AFFIRMATIVE DEFENSES**

11      In further response to the Complaint for Damages, and as separate and distinct

12  affirmative defenses, this answering Defendant alleges as follows:

13      AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

14  this answering Defendant alleges that Plaintiffs' Complaint, and each cause of action therein,

15  fails to state facts sufficient to constitute any cause of action.

16      AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE

17  DEFENSE, this answering Defendant alleges that Plaintiffs' Complaint is barred by the

18  applicable statute of limitation, including but not limited to, those enumerated in California

19  Code of Civil Procedure Sections 312 through 365, and Labor Code Sections 203, 1194 and

20  1198.

21      AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

22  this answering Defendant alleges that the relief sought by Plaintiffs is barred due to the acts,

23  conduct, and omissions of Plaintiffs which constitute waiver.

24      AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE

25  DEFENSE, this answering Defendant alleges that the relief sought by Plaintiffs is barred due

26  to the acts, conduct, and omissions of Plaintiffs which constitute estoppel.

27      AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

28  this answering Defendant alleges that the relief sought by Plaintiffs is barred due to the acts,

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

1    conduct, and omissions of Plaintiffs which constitute unclean hands.

2        AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

3    this answering Defendant alleges that any loss or damage suffered by Plaintiffs was caused in

4    whole or in part, by Plaintiffs' own conduct, acts or omissions.

5        AS AND FOR A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE

6    DEFENSE, this answering Defendant alleges that Plaintiffs' claim for attorney's fees is barred

7    as improper because there is no alleged basis either in contract or by statue for the recovery of

8    attorney's fees against these Defendants.

9        AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE

10    DEFENSE, this answering Defendant alleges that Plaintiffs were exempt from the minimum

11    wage and overtime compensation requirements contained in the California Labor Code, the

12    FLSA, and in the wage orders of the Industrial Welfare Commission because Plaintiffs were

13    employed in a professional, managerial, or administrative capacity.

14        AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

15    this answering Defendant alleges that Plaintiffs are not entitled to liquidated damages because

16    any alleged act or omission by Defendants was in good faith and Defendants had reasonable

17    grounds for believing that Defendant's conduct did not violate any provision of the Labor

18    Code or Industrial Welfare Commission order relating to minimum wage.

19        AS AND FOR A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE

20    DEFENSE, this answering Defendant alleges that the punitive damages sought by Plaintiffs

21    are barred because there is no allegation of sufficient facts to warrant an award of punitive

22    damages.

23        AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE

24    DEFENSE, this answering Defendant alleges that Plaintiffs' Complaint, and each cause of

25    action therein, is barred against this answering defendant because he is an improper party,

26    wrongly joined in this action and as a matter of law, cannot be held liable for the conduct

27    alleged in Plaintiffs' Complaint.

28    ///

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3512-001
00118693.WPD

-----------------    4    -----------------
**ANSWER OF DEFENDANT ANDREW TENG TO . . .**    (Case No. C08-00191 RMW (HRL))

1    AS AND FOR A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE

2    DEFENSE, this answering Defendant alleges that Plaintiffs' Complaint, and each cause of

3    action thereof, are barred in whole or in part because Plaintiffs have sustained no injury or

4    damage by reason of any acts or omissions of this Defendant.

5    AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

6    DEFENSE, this answering Defendant alleges that the obligations set forth in Plaintiffs'

7    Complaint were fully discharged by Defendants' payment to Plaintiffs in the full amount due

8    and was accepted by Plaintiffs in full payment of the obligation.

9    AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

10   DEFENSE, this answering Defendant alleges that Plaintiffs' claim for punitive damages

11   against Defendant is barred by the provisions of *Civil Code §3294*, as Defendants are not

12   liable for the acts of employees because Defendants did not have advance knowledge of any

13   unfitness in any employee and did not employ any employee with a conscious disregard of the

14   rights and safety of others.  Further, Defendants did not authorize or ratify any alleged

15   wrongful conduct.  In addition, Defendants are not personally guilty of oppression, fraud, or

16   malice.

17   AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

18   DEFENSE, this answering Defendant alleges that Plaintiffs' Complaint violates Defendant's

19   right to protection from excessive fines as provided in the Eighth Amendment to the U.S.

20   Constitution and Article I, Section 6 of the Constitution of the State of California and

21   therefore fails to state a cause of action upon which punitive or exemplary damages may be

22   awarded.

23   AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

24   DEFENSE, this answering Defendant alleges that Plaintiffs' Complaint violates Defendants'

25   right to due process as provided in the Fifth and Fourteenth Amendments to the U.S.

26   Constitution and Article I, Section 13 of the Constitution of the State of California and

27   therefore fails to state a cause of action upon which punitive or exemplary damages may be

28   awarded.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3512-001
00118693.WPD

------------------

5

------------------

**ANSWER OF DEFENDANT ANDREW TENG TO . . .**

1   AS AND FOR A SEVENTEENTH SEPARATE AND DISTINCT AFFIRMATIVE

2   DEFENSE, this answering Defendant alleges that Plaintiffs' Complaint fails to state a cause

3   of action because Defendants did not engage in any unlawful acts, omission, and practices that

4   constitute unfair competition in violation of Business and Professions Code Section 17200 et

5   seq.

6   AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

7   DEFENSE, this answering Defendant alleges that the relief sought by Plaintiffs in each of the

8   causes of action contained in his Complaint is barred, because Plaintiffs consented to the acts

9   and conduct complained of in Plaintiffs' Complaint.

10   AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

11   DEFENSE, this answering Defendant alleges that Plaintiffs lack standing to assert some or all

12   of their claims against this answering Defendant and to represent any putative class with

13   regard to those claims.

14   AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE

15   DEFENSE, this answering Defendant alleges that Class certification is inappropriate in this

16   action because the alleged class members are not so numerous that separate joinder of each

17   member is impracticable.

18   AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE

19   DEFENSE, this answering Defendant alleges that Class certification is inappropriate because

20   the claims of or defenses to each claim of the Plaintiffs do not raise questions of law or fact

21   which are common to claims of or defenses to the claims of each member of the putative

22   class.

23   AS AND FOR A TWENTY-SECOND, SEPARATE AND DISTINCT

24   AFFIRMATIVE DEFENSE, this answering Defendant alleges that Class certification is

25   inappropriate because the claims of or defenses to each claim of the Plaintiffs are not typical

26   of the claims of or defenses to the claims of each member of the putative class.

27   AS AND FOR A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE

28   DEFENSE, this answering Defendant alleges that Plaintiffs cannot maintain this action as a

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3512-001
00118693.WPD

6

**ANSWER OF DEFENDANT ANDREW TENG TO . . .**          (Case No. C08-00191 RMW (HRL))

1   class action because Plaintiffs cannot fairly and adequately protect and represent the interest

2   of each member of the class.

3          AS AND FOR A TWENTY-FOURTH, SEPARATE AND DISTINCT

4   AFFIRMATIVE DEFENSE, this answering Defendant alleges that Class certification is

5   inappropriate because Plaintiffs cannot demonstrate that class litigation is superior to other

6   available means for adjudication of the claims raised in this case.

7          AS AND FOR A TWENTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE

8   DEFENSE, this answering Defendant alleges that Class certification is inappropriate because

9   the prosecution separate claims or defenses by or against individual members of the purported

10  class will not create a risk of either inconsistent or varying adjudications which will establish

11  incompatible standards of conduct applicable to either Plaintiffs, members of the putative

12  class or Defendant.

13         AS AND FOR A TWENTY-SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE

14  DEFENSE, this answering Defendant alleges that Class certification is inappropriate because

15  the prosecution of separate claims defenses by or against individual members of the purported

16  class will not create a risk adjudications which would, as a practical matter, be dispositive of

17  the interests of Plaintiffs and each member of the putative class, or substantially impair or

18  impede the ability of other members of the putative class to protect their interest.

19         AS AND FOR A TWENTY-SEVENTH, SEPARATE AND DISTINCT

20  AFFIRMATIVE DEFENSE, this answering Defendant alleges that Class certification is

21  inappropriate because Defendants have not acted or refused to act on grounds generally

22  applicable to all the members of the putative class and final injunctive or declaratory relief

23  concerning the class as a whole is not appropriate.

24         AS AND FOR A TWENTY-EIGHTH, SEPARATE AND DISTINCT

25  AFFIRMATIVE DEFENSE, this answering Defendant alleges that Class certification is

26  inappropriate because the questions of law or fact alleged to be common to the claims of or

27  defenses to the claims of Plaintiffs and the claims of and defenses to the claims of each

28  member of the putative class do not predominate over any questions of law or fact affecting

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3512-001
00118693.WPD

------------------                                                        ------------------
**ANSWER OF DEFENDANT ANDREW TENG TO . . .**                    (Case No. C08-00191 RMW (HRL))

1    Plaintiffs individually or individual members of the putative class, and class representation is

2    not superior to other available methods for fair and efficient adjudication of the controversy.

3    AS AND FOR A TWENTY-NINTH, SEPARATE AND DISTINCT AFFIRMATIVE

4    DEFENSE, this answering Defendant alleges that Class certification is inappropriate because

5    each member of the putative class has an interest in individually controlling the prosecution of

6    separate claims or defenses.

7    AS AND FOR A THIRTIETH, SEPARATE AND DISTINCT AFFIRMATIVE

8    DEFENSE, this answering Defendant alleges that Class certification is inappropriate because

9    trial of this case as a class action will deprive Defendant of due process of law in violation of

10    the Constitution of the United States.

11    AS AND FOR A THIRTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE

12    DEFENSE, with regard to Plaintiffs' Prayer for Relief, this answering Defendant denies that

13    such relief is either appropriate or justified in the circumstances of this case.

14    WHEREFORE, Defendant ANDREW TENG prays as follows:

15    1.    That Plaintiffs take nothing by way of their Complaint;

16    2.    That the Complaint be dismissed in its entirety with prejudice;

17    3.    For costs of suit incurred herein;

18    4.    For such other and further relief as Court deems just and proper.

19    DATED: May 16, 2008                    PAHL & McCAY
                                            A Professional Corporation
20

21

22    By: _____
                                            Servando R. Sandoval
23
                                            Attorneys for Defendant
24                                          ANDREW TENG

25

26

27    **Pahl & McCay**
      A Professional Corp.
      225 W. Santa Clara St.
28    Suite 1500
      San Jose, CA 95113
      (408) 286-5100

----------------                    8                    ----------------
**ANSWER OF DEFENDANT ANDREW TENG TO . . .**            (Case No. C08-00191 RMW (HRL))