UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-08-00191-RMW    JUDGE: Ronald M. Whyte

HSIN TE CHOU, et al.    -V- ANDREW TENG, et al.
Title

A. Wang                              No Appearance
Attorneys Present (Plaintiff)         Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Counsel for plaintiff advised the Court that the defendant has been served and plaintiff agreed to an extension of time to answer. Defendant to answer within 1 week. The Court set a Further Case Management Conference for 6/6/08 @ 10:30 AM. Plaintiff shall file a declaration advising defendant to file a response within 1 week and of the new CMC.