# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: **June 6, 2008**

Case No. **C-08-00191-RMW**          JUDGE: **Ronald M. Whyte**

**HSIN TE CHOU, et al.**                          -V- **ANDREW TENG, et al.**
**Title**

**A. Wang**                                              **K. McCay**
**Attorneys Present (Plaintiff)**              **Attorneys Present  (Defendant)**

**COURT CLERK: Jackie Garcia**              **COURT REPORTER: Not Reported**

### PROCEEDINGS

### FURTHER CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

 **Hearing Held.  The Court referred case to ENE.  The following schedule was set by the Court: Jury Trial set for 6/29/09 @ 1:30 pm; Pretrial Conference set for 6/18/09 @ 2:00 pm; Joint Pretrial Statement due 6/12/09; Hearing on Dispositive Motions set for 5/8/09 @ 9:00 am; Discovery cutoff 2/27/09; Expert Reports due 3/13/09; Rebuttal Expert Reports due 4/3/09; Expert Discovery cutoff 4/30/09.  Discovery Limits: Depositions - 10 per side; Interrogatories - 25 per side; Request for Admissions - 20 (on the issue to admit specific facts); Document Request - no limit, but narrowly tailored.  Plaintiff to prepare order following the conference.**