1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 613
   SAN JOSE, CA 95113
3  Tel: (408) 292-1040
   Fax: (408) 416-0248
4
   Attorneys for Plaintiffs
5
   PAHL & McCAY
6  A Professional Corporation
   Karen K. McCay, Esq. (State Bar No. 187664)
7  Servando R. Sandoval, Esq. (State Bar No. 205339)
   225 West Santa Clara Street
8  Suite 1500
   San Jose, California 95113-1752
9  Telephone No.: (408) 286-5100
   Facsimile No.: (408) 286-5722           *E-FILED - 3/6/09*
10

11 Attorney for Defendants

12
                    UNITED STATES DISTRICT COURT
13
                  FOR NORTHERN DISTRICT OF CALIFORNIA
14

15 | HSIN TE CHOU, et al.,        | Case No.: C08-00191 RMW |
   |------------------------------|-------------------------|
16 |         Plaintiffs,          | STIPULATION TO DISMISS WITH PREJUDICE & ORDER THEREON |
17 |     vs.                      |                         |
18 |                              |                         |
19 | ANDREW TENG,                 |                         |
20 |         Defendants           |                         |

21    Plaintiffs HSIN TE CHOU, and YEN SHIUNG HUANG, and Defendants, ANDREW

22 TENG dba DRAGONWELL PAN ASIAN BISTRO, through their respective counsel, hereby

23 stipulate as follows:

24    1.   Plaintiffs filed a complaint seeking, among other things, unpaid overtime under

25 Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

                                              1        **C08-00191 RMW**

STIPULATION TO DISMISS
Chou, et al. v. Teng.

2.    Parties reached a settlement that resolves all claims of Plaintiffs, requiring Plaintiffs to dismiss this case with prejudice.

3.    Accordingly, parties hereby stipulate to dismiss this case with prejudice pursuant to FED. R. CIV. PRO. 41 (a) without a Court order; and respectfully so stipulate.

RESPECTFULLY SUBMITTED,

Dated: January 22, 2009   By:   /s/ ADAM WANG
                                 Adam Wang
                                 Attorney for Plaintiffs

Dated: January 22, 2009   By:   /s/ Servando R. Sandoval   .
                                 Servando R. Sandoval
                                 Attorney for Defendants

_____
[] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Clerk should close this case.

Dated: March __6__, 2009

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Judge

2    C08-00191 RMW

STIPULATION TO DISMISS
Chou, et al. v. Teng.